William Humphries
500 Colony Road
Gardner, Ma 01440

July 7th

May 7, 2004


Tony Anastas, Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Ma 02210

04-40142 FDS


            RE:   WILLIAM HUMPHRIES V. STEVEN O'BRIEN


Dear Mr. Anastas:

        Enclosed please find for filing in the above-entitled
case one original Petition for Writ of Habeas Corpus, by a
state prisoner and two copies for the Court; also, enclosed
is a check in the amount of $5.00 for the filing fee.

        Thank you for your kin d attention to this matter.


                         Very truly yours,

                         William Humphries

                         William Humphries


Encl.
CC:  Steven O'Brien, Superintendent