UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM HUMPHRIES<br>Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN<br>Respondent. | Civil Action No. 04-40142-FDS |

### RESPONDENT'S MOTION FOR A SCHEDULING ORDER

The respondent in the above-entitled habeas corpus action respectfully moves that the Court establish a Briefing Schedule for the Petitioner to file a dispositive Memorandum of Law in Support of the Petition and for the Respondent to file a Memorandum of Law in Opposition thereto.

WHEREFORE, the respondent requests that the Court set a date by which time the Petitioner must file a Memorandum of Law in Support of the Petition, and a date by which time the Respondent must file a Memorandum of Law in Opposition thereto.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: August 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2004, I caused a copy of the above <u>Motion for a Scheduling Order</u> to be served by first-class mail, postage prepaid, upon William Humphries, *pro se*, North Central Correctional Institution, 500 Colony Road, Gardner, MA 01440.

                                                                                          Eva M. Badway