William Humphries
500 Colony Road
Gardner, Ma 01440

August 30, 2004

Susan Jenness, Suite 2300
Pro se Intake Clerk
United States District Court
Office of the Clerk
595 Main Street
Worcester, Ma 01608

RE: <u>HUMPHRIES V. REILLY  NO. 4:04-CV-40142</u>,

Dear Ms. Jenness:

    I am writing this letter for a fellow inmate who, with the assistance of other inmates, has filed a Petition for a Writ of Habeas Corpus for relief from a state conviction.

    Mr. Humphries suffers from a debilitating mental illness and cannot adequately defend himself with the proceedings that will follow the filing of his petition. I realize the Court in its discretion, rarely appoints counsel in habeas cases. However, it would seem that the present case is one of those extraordinary cases where the Court should exercise its discretion and appoint counsel for the petitioner.

    Please forward the necessary forms that Mr. Humphries will need to file. And, any assistance you may provide towards this end will be greatly appreciated.

                                         Very truly yours,

                                           William Humphries

WH/ho