UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William Humphries,
          Petitioner,

v.

Steven O'Brien,
          Respondent,

CIVIL ACTION

NO. 04-40142-FDS

## ORDER OF DISMISSAL

SAYLOR, D.J.

In accordance with the Court's Order dated __12/14/04__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__12/14/04__
Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)  [odism.]